KEHOE, Judge.
Appellant, defendant below, brings this appeal from a judgment of conviction entered pursuant to a jury verdict on the charge of second degree murder.
We have carefully considered each of the points raised by appellant on appeal and find them to be without merit. See Johnsen v. State, 332 So.2d 69 (Fla.1976); McDole v. State, 283 So.2d 553 (Fla.1973); Williams v. State, 110 So.2d 654 (Fla.1959); Redditt v. State, 84 So.2d 317 (Fla.1955); Louette v. State, 152 Fla. 495, 12 So.2d 168 (1943); Davis v. State, 349 So.2d 205 (Fla. 1st DCA 1977); Shapiro v. State, 345 So.2d 361 (Fla.3d DCA 1977); Frierson v. State, 339 So.2d 312 (Fla.3d DCA 1976); Wilson v. State, 305 So.2d 50 (Fla.3d DCA 1974); Lawson v. State, 304 So.2d 522 (Fla.3d DCA 1974); Foster v. State, 266 So.2d 97 (Fla.3d DCA 1972); Rodriquez v. State, 189 So.2d 656 (Fla.3d DCA 1966); Section 924.33, Florida Statutes (1975); and Fla.R.Crim.P. 3.153(a). Accordingly, the judgment appealed is affirmed.
Affirmed.